# IN THE SUPERIOR COURT OF COBB COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| MARK DEES & <br> CLAIRE DEES, <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON MUTUAL BANK, F.A., <br> CHASE HOME FINANCE, LLC, <br> JPMORGAN CHASE, N.A., & <br> JOHN DOES 1-1000, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )    CIVIL ACTION NO. <br> )    10-1-11419-49 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF REMOVAL OF ACTION

TO:   Jay C. Stephenson
       Clerk of Superior Court of Cobb County
       32 Waddell Street
       Marietta, GA 30090

Defendants Chase Home Finance, LLC and JPMorgan Chase Bank, N.A. (improperly sued as "JPMorgan Chase, N.A.") (collectively, "Defendants"), through their attorneys and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby give notice that they have removed this action from the Superior Court of Cobb County, State of Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division. Attached hereto as Exhibit "A" is the Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 that was filed today, December 29, 2010, with the United States District Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted this 29th day of December, 2010.

        WARGO & FRENCH LLP

        */s/ Julie C. Jared*

        SHANON J. MCGINNIS
        smcginnis@wargofrench.com
        Georgia Bar No. 387598
        JULIE C. JARED
        jjared@wargofrench.com
        Georgia Bar No. 801699
        RYAN D. WATSTEIN
        rwatstein@wargofrench.com
        Georgia Bar No. 266019
        1170 Peachtree Street, N.E.
        Suite 2020
        Atlanta, Georgia 30309
        (404) 853-1500
        (404) 853-1501 (facsimile)

        *Counsel for Defendants JPMorgan Chase Bank,*
        *N.A. & Chase Home Finance, LLC*

IN THE SUPERIOR COURT OF COBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| MARK DEES & <br> CLAIRE DEES, <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON MUTUAL BANK, F.A., <br> CHASE HOME FINANCE, LLC, <br> JPMORGAN CHASE, N.A., & <br> JOHN DOES 1-1000, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. <br> ) 10-1-11419-49 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

This certifies that I have this day served a true and correct copy of the within and foregoing **NOTICE OF REMOVAL OF ACTION** upon Plaintiffs by U.S. Mail, postage pre-paid, addressed as follows:

Mark & Claire Dees, *Pro Se*
400 Peachtree Industrial Blvd., Suite 5 #518
Suwanee, GA 30024

This 29th day of December, 2010.

_____
Julie C. Jared

648998_1

3